UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 15 PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Estate of KELLY A. ALLEN, Deceased, et al,

    **Plaintiffs**

v.

CITY OF WEST MEMPHIS, et al,

    **Defendants**

CASE NO. 05-2489 - Ma

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon motion of the Defendants, City of West Memphis, City of West Memphis Police Department, Robert Paudert, in his personal and official capacity as Chief of the West Memphis Police Department, Officer Vance Plumhoff, in his personal and official capacity as a police officer of the West Memphis Police Department, Officer John Bryan Gardner, in his personal and official capacity as a police officer of the West Memphis Police Department, Officer Troy Galtelli, in his personal and official capacity as a police officer of the West Memphis Police Department, and Mayor William H. Johnson, and for good cause appearing,

**It is hereby Ordered** that the time of Defendants to answer or otherwise move with reference to Plaintiffs' Complaint is extended to and including September 12, 2005.

**IT IS SO ORDERED.**

Dated: _August 15_, 2005.

_____
UNITED STATES MAGISTRATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __8-18-05__

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02489 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

David C. Peeples
WEST MEMPHIS CITY ATTORNEY
P.O. Box 1728
West Memphis, AR 72303

Frank Holloman
HOLLOMAN LAW OFFICE
242 Poplar Avenue
Memphis, TN 38103--194

David C. Peeles
205 South Redding
P.O. Box 1728
 West Memphis, AR 72303

Honorable Samuel Mays
US DISTRICT COURT