UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 13 PM 1:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Estate of KELLY A. ALLEN, Deceased,
et al,

    **Plaintiffs**

v.                              CASE NO. 05-2489 *Ma V*

CITY OF WEST MEMPHIS, et al,

    **Defendants**

### ORDER EXTENDING TIME TO FILE RESPONSE

Upon motion of all Defendants and for good cause appearing,

**It is hereby Ordered** that the time of Defendants to answer or otherwise move with reference to Plaintiffs' Complaint is extended to and including October 15, 2005.

**IT IS SO ORDERED.**

Dated: _October 12, 2005_

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02489 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

David C. Peeples
WEST MEMPHIS CITY ATTORNEY
P.O. Box 1728
West Memphis, AR 72303

David C. Peeles
205 South Redding
P.O. Box 1728
West Memphis, AR 72303

Michael Mosley
ARKANSAS MUNICIPAL LEAGUE
P.O. Box 38
North Little Rock, AR 72115

Frank Holloman
HOLLOMAN LAW OFFICE
242 Poplar Avenue
Memphis, TN 38103--194

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Samuel Mays
US DISTRICT COURT