IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY [signature] D.C.
05 OCT 24 PM 5: 15
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ESTATE OF KELLY A. ALLEN, Deceased, ET AL.,

Plaintiffs,

VS. NO. 05-2489-MaV

CITY OF WEST MEMPHIS, ET AL.,

Defendants.

ORDER STAYING PROCEEDINGS

Before the court is the October 13, 2005, unopposed motion of defendants for a stay of this proceeding pending the resolution of a related criminal proceeding in the Criminal Court of Tennessee, 30th Judicial District. For good cause shown, the motion is granted. This case is stayed pending resolution of State of Tennessee v. Vance Plumhoff, John B. Gardner, and Tony Galtelli, Criminal Court of Tennessee, 30th Judicial District, Case No. 04-06282. Counsel will promptly advise the court when the underlying criminal case is resolved, at which time the court will set a new schedule in this matter.

It is so ORDERED this 24th day of October, 2005.

[signature]

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-25-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02489 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

David C. Peeples
WEST MEMPHIS CITY ATTORNEY
P.O. Box 1728
West Memphis, AR 72303

David C. Peeles
205 South Redding
P.O. Box 1728
West Memphis, AR 72303

Michael Mosley
ARKANSAS MUNICIPAL LEAGUE
P.O. Box 38
North Little Rock, AR 72115

Frank Holloman
HOLLOMAN LAW OFFICE
242 Poplar Avenue
Memphis, TN 38103--194

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Samuel Mays
US DISTRICT COURT