```
              IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

ESTATE OF KELLY A. ALLEN, ET AL.,

    Plaintiff,

VS.                                                  NO. 05-2489 Ma/Cl

CITY OF WEST MEMPHIS, ET AL.,

    Defendants.

                         ORDER OF TRANSFER

    The above-styled case is hereby transferred to Magistrate Judge Diane K. Vescovo in exchange for an equivalent case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from "Cl" to "V."

    It is so ORDERED this 2nd day of October, 2009.

                                              **s/ Charmiane G Claxton**
                                              CHARMIANE G. CLAXTON
                                              UNITED STATES MAGISTRATE JUDGE